May 20, 2005

Mr. Dean Miles Blumrosen
2990 Richmond, Suite 101
Houston, TX 77098

Mr. Murphy S. Klasing
3200 One Houston Center
1221 McKinney Street
Houston, TX 77010

RE: Case Number: 05-0151
 Court of Appeals Number: 14-04-00079-CV
 Trial Court Number: 740,276

Style: SAMBUCA HOUSTON, L.P. D/B/A SAMBUCA
 v.
 DOCTORS HOSPITAL 1997, L.P. D/B/A DOCTORS HOSPITAL TIDWELL

Dear Counsel:

 The Supreme Court of Texas today abated the petition for review filed
in the above-referenced case. The Court's abatement order is enclosed.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosure

|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |